**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SAMUEL VILLEGAS LOPEZ,
             *Plaintiff-Appellant,*

v.

JANICE K BREWER, Governor of
Arizona; et al.,
             *Defendants-Appellees.*

No. 12-16084

D.C. No.
2:12-cv-00245-
NVW
District of Arizona,
Phoenix

ORDER

Filed May 15, 2012

Before: M. Margaret McKeown, Marsha S. Berzon, and
Johnnie B. Rawlinson, Circuit Judges.

## ORDER

A majority of the panel votes to deny the petition for panel rehearing and the petition for rehearing en banc.

Judges McKeown and Rawlinson vote to deny the petition for panel rehearing and Judge Berzon votes to grant the petition for panel rehearing. Accordingly, the petition for panel rehearing is denied.